IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00034-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     BENITO PULGARIN-RUBIO,
      a/k/a Benito Rubio-Pulgarin,

      Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition
(**#12**) on March 2, 2009, by Defendant.  The Court construes this Notice as a motion to change
his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled
pending determination of those matters.

2.     A Change of Plea hearing is set for **May 4, 2009,** at **2:00 p.m.** in the United
States District Court for the District of Colorado, Courtroom A901, Alfred A.
Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.     The final trial preparation conference set for March 13, 2009, and the March 16,

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel
shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the
sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See
Administrative Order 2007-8.*

2009,  trial date are **VACATED**.

DATED this 4th day of March, 2009.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge